## RUSSELL *v.* THE STATE.

From the Wayne Circuit Court.

*H. C. Fox* and *S. A. Forkner,* for appellant.

*C. A. Buskirk,* Attorney General, for the State.

PETTIT, J.—This case, as to the sufficiency of the indictment, is the same as the case of *Zook* v. *The State, ante,* p. 463; and, on the authority of that case, this is reversed, with instructions to sustain the motion to quash the indictment.